NOT FOR PUBLICATION **CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUDHIR PASSI, | **Hon. Dennis M. Cavanaugh** |
| Petitioner, | **ORDER** |
| v. | Civil Action No. 05-3222 (DMC) |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

This matter comes before the Court on a petition for writ of habeas corpus relief by Sudhir Passi, ("Petitioner"), pursuant to 28 U.S.C. § 2255 to vacate, set aside or otherwise correct his sentence. This petition is decided without oral argument pursuant to Rule 78 of the Federal Rules of Civil Procedure. After carefully considering the pleadings submitted in support thereof, and the papers submitted in opposition thereto by James B. Nobile, Assistant United States Attorney ("Respondent"), on behalf of Christopher J. Christie, United States Attorney for the District of New Jersey, and for the reasons stated in the Court's Opinion issued on this day:

IT IS on this 3rd day of April, 2006;

ORDERED that Petitioner's request for habeas corpus relief pursuant to 28 U.S.C. § 2255 is hereby **denied**; and it is further

ORDERED that the matter is hereby **dismissed**.

          S/ Dennis M. Cavanaugh
          DENNIS M. CAVANAUGH, U.S.D.J.

Date: April 3, 2006
Original: Clerk's Office
cc: Litigants